THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SHULMAN, Appellant.

Submitted October 25, 2004; decided November 18, 2004

Motion to strike portions of appellant's brief and to transfer the appeal to the Appellate Division denied.

U.S. UNDERWRITERS INSURANCE COMPANY, Respondent-Appellant, v CITY CLUB HOTEL, LLC, et al., Appellants-Respondents, et al., Respondents.

Submitted November 15, 2004; decided November 18, 2004

Motion by CNA Insurance Companies for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.